THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE
McLILLY, Defendant-Appellant.

(No. 58336;

First District (1st Division)—April 22, 1974.

PER CURIAM.
EGAN, P. J., took no part.

James J. Doherty, Public Defender, of Chicago (David Hurschboeck, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Lawrence D. O'Gara, Assistant State's Attorneys, of counsel), for the People.